```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                            Case No. 18-03124-JJT
Regina M Dreher                                                   Chapter 13
        Debtor                   CERTIFICATE OF NOTICE

District/off: 0314-5         User: LyndseyPr            Page 1 of 2            Date Rcvd: Nov 08, 2018
                             Form ID: ntpasnh           Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db           +Regina M Dreher,   312 North 3rd Street,   Lehighton, PA 18235-1423
cr            First Commonwealth Federal Credit Union,   P. O. Box 20450,   Lehigh Valley, PA  18002-0450
5088979     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court:  Bk Of Amer,    Po Box 982238,   El Paso, TX 79998)
5099178      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
5088978      +Berkheimer Tax Administrator,   50 North 7th Street,   Bangor, PA 18013-1731
5088980      +Blue Ridge Communications,   613 3rd St,   Palmerton, PA 18071-1520
5088981      +Borough of Lehigton,   1 Constitution Avenue,   Lehighton, PA 18235-2088
5088982      +Donegal Insurance,   1195 River Rd,   Marietta, PA 17547-1638
5088983      +First Commonwealth Fcu,   257 Brodhead Rd,   Bethlehem, PA 18017-8938
5088984      +Global Payments Check,   Po Box 59371,   Chicago, IL 60659-0371
5088985      +Hamilton Law Group,   Po Box 90301,   Allentown, PA 18109-0301
5088986      +Lehighton Area School District,   171 S 4th Street,   Lehighton, PA 18235-2035
5088987       PNC,   300 Fifth Avenue. The Tower at PNC Plaza,   Pittsburgh, PA 15222
5111169      +PennyMac Loan Services, LLC,   P.O. Box 2410,   Moorpark, CA 93020-2410
5088988      +Pennymac Loan Services,   6101 Condor Dr,   Moorpark, CA 93021-2602
5088991      +UGI,   P.O. Box 15503,   Wilmington, DE 19886-0001
5088993       Wells Fargo,   Credit Bureau Dispute Resoluti Po Box 14,   Des Moines, IA 50306
5088992      +Wells Fargo,   Po Box 5156,   Sioux Falls, SD 57117-5156
5108648       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
5100646       Wells Fargo Bank, N.A.,   Wells Fargo Education Financial Services,
                PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5088977      +E-mail/Text: bankruptcy@ldf-holdings.com Nov 08 2018 19:14:39     Amplify Funding,   PO Box 542,
                Lac Du Flambeau, WI 54538-0542
5115501       E-mail/Text: check.bksupport@globalpay.com Nov 08 2018 19:14:06
                GLOBAL PAYMENTS CHECK SERVICES,   PO BOX 661158,   CHICAGO, IL 60666-1158
5093981       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 19:14:13
                Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5088989      +E-mail/Text: bankruptcy@ldf-holdings.com Nov 08 2018 19:14:37     Radiant Cash,   P.O Box 1183,
                Lac Du Flambeau, WI 54538-1183
5088990       E-mail/Text: bankruptcy@td.com Nov 08 2018 19:14:18     TD Bank,   1701 Marlton Pike E,
                Cherry Hill, NJ 08034
5091631       E-mail/Text: bkrcy@ugi.com Nov 08 2018 19:14:35     UGI Utilities Inc,   PO Box 13009,
                Reading PA 19612
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
            Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
            Joshua Andrew Gildea    on behalf of Creditor   First Commonwealth Federal Credit Union
               jgildea@flblaw.com, ccharlton@flblaw.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    Patrick James Best  on behalf of Debtor 1 Regina M Dreher patrick@armlawyers.com, kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
    United States Trustee  ustpregion03.ha.ecf@usdoj.gov
                                         TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Regina M Dreher
aka Regina Marie Helen Dreher, aka Regina Dreher

**Debtor 1**

Chapter: 13

Case number: 5:18−bk−03124−JJT

Document Number: 24

Matter: Motion for Mortgage Modification

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **November 29, 2018**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 8, 2018 |

ntpasnh(05/18)